7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Johnny B. Waters, Jr.
*Debtor*

*Bankruptcy Case No.*
12–44037–drd7

**Nebraska Furniture Mart, Inc.**
   Plaintiff(s)

*Adversary Case No.*
13–04016–drd

v.

**Johnny B. Waters**
   Defendant(s)

## JUDGMENT

   The issues of this proceeding having been duly considered by the Honorable Dennis R. Dow , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Defendant agrees to pay to Plaintiff the sum of Two Thousand Eight Hundred Dollars ($2,800.00) on or before May 1, 2013



Ann Thompson
Court Executive

By: /s/ Kim Anson
   Deputy Clerk

Date of issuance: 4/23/13

Court to serve